UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDERSON GOMES ALEIXO,<br><br>                    Petitioner,<br><br>PATRICIA HYDE, Acting Director of Boston Field Office, U.S. Immigration and Customs Enforcement; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement, KRISTI NOEM, Secretary of the U.S. Department of Homeland Security<br><br>                    Respondents. | Civil Action No. 1:25-cv-12711 |

**INTRODUCTION**

This is a petition for a writ of habeas corpus filed on behalf of Ederson Gomes Aleixo seeking relief to remedy his unlawful detention pursuant to 28 U.S.C. § 2241. Petitioner, Ederson Gomes Aleixo, a native and citizen of Brazil, was detained on his way to his place of work on September 23, 2025 by Immigration and Customs Enforcement (ICE). Upon information and belief he is being transferred to the ICE field office located in Burlington, Massachusetts for processing.

Accordingly, to vindicate Petitioner's statutory, constitutional and regulatory rights, this Court should grant the instant petition for a writ of habeas corpus. Petitioner asks this Cour to find that he was unlawfully detained, and to order his release.

**CUSTODY**

1. Mr. Aleixo is in the physical custody of Respondent Patricia Hyde, Field Office Director for Detention and Removal, Boston Field Office, U.S. Immigration and Customs Enforcement (ICE), the Department of Homeland Security (DHS), as well as Todd Lyons, Acting Director of U.S. Immigration and Customs Enforcement, and Kristi Noem, Secretary of the U.S. Department of Homeland Security. Upon information and belief Petitioner is currently being detained at the Burlington ICE facility, or en route to that facility. Upon information and belief his transfer out of the state is imminent and may occur as soon as today or tomorrow. Mr. Aleixo is under the direct control of Respondents and their agents.

## JURISDICTION

2. This action arises under the Constitution of the United States, the Immigration and Nationality Act ("INA"), 8 U.S.C. § 1101 et. seq., as amended by the Illegal Immigration Reform and Immigrant Responsibility Act of 1996 ("IIRIRA"), Pub. L. No. 104-208, 110 Stat. 1570. This Court has jurisdiction under 28 U.S.C. 2241, art. I, § 9, cl. 2 of the United States Constitution ("Suspension Clause") and 28 U.S.C. § 1331, as Petitioner is presently in custody under color of authority of the United States and such custody is in violation of the U.S. Constitution, laws, or treaties of the United States. This Court may grant relief pursuant to 28 U.S.C. § 2241, and the All Writs Act, 28 U.S.C. § 1651.

## VENUE

3. Venue is proper in the District of Massachusetts because Petitioner is currently detained at the ICE facility in Burlington, Massachusetts, under color of the authority of the United States, in violation of the Constitution, laws or treaties thereof. 28 U.S.C. §§ 1391, 2241.

## PARTIES

4.   Petitioner Ederson Gomes Aleixo was detained by ICE on September 23, 2025 on his way to his place of employment.

5.   Respondent Kristi Noem is the Secretary of Homeland Security and is Petitioner's ultimate legal custodian. She is sued in her official capacity.

6.   Respondent Patricia Hyde is the Acting Field Office Director for ICE Enforcement and Removal Operations in ICE's Boston Field Office. She is one of Petitioner's legal custodians and is sued in her official capacity.

7.   Respondent Todd Lyons is the Acting Director for U.S. Customs and Enforcement. He is one of Petitioner's legal custodians and is sued in his official capacity.

## EXHAUSTION OF ADMINSTRATIVE REMEDIES

8.   Mr. Aleixo has exhausted his administrative remedies to the extent required by law. Exhaustion is not required where (1) available remedies provide no genuine opportunity for adequate relief; (2) irreparable injury may occur without immediate judicial relief; (3) administrative appeal would be futile; and (4) in certain instances a plaintiff has raised a substantial constitutional question," *Howell v. INS*, 72 F. 3d 288, 291 (2d Cir. 1995). All four circumstances are present in this case. Further, Exhaustion may be excused if "the interest of the individual in retaining access to federal judicial forum [outweighs] countervailing institutional interests favoring exhaustion." *McCarthy v. Madigan*, 503 U.S. 140, 146 (1992).

9.   Petitioner is cooperating with Respondents and has not delayed or obstructed his detention.

10.  Mr. Aleixo's only remedy is by way of this judicial action.

## STATEMENT OF FACTS

11.  Petitioner is a national and citizen of Brazil who has been residing in the United States

since in or around 2005.

12. He is married and has a nine year old U.S. citizen son.

13. On September 23, 2025, Mr. Aleixo was detained by ICE on his way to work.

14. Petitioner poses no danger or flight risk.

15. Petitioner's abrupt detention has already caused significant harm to his wife and child.

16. Upon information and belief, ICE intends to remove Petitioner from the state of Massachusetts and then from the United States.

17. Without intervention of this Court, Petitioner may be removed from the United States without the opportunity to seek redress.

## CLAIMS FOR RELIEF

18. The Government is holding Mr. Aleixo in violation of the Due Process Clause of the U.S. Constitution, the Immigration and Nationality Act, and federal regulations. The factual allegations listed above are incorporated into each of the causes of actions listed below.

## COUNT ONE
### Violation of Fifth Amendment Right to Due Process

19. On information and belief, Petitioner is currently being arrested and detained by federal agents without cause and in violation of his constitutional rights to due process of law.

## PRAYER FOR RELIEF

WHEREFORE, Petitioner respectfully requests this Court to grant the following:

1. Assume jurisdiction over this matter;

2. Order that Petitioner shall not be transferred outside the District of Massachusetts;

3. Issue an Order to Show Cause ordering Respondents to show cause why this Petition should not be granted within three days.

4. Declare that Petitioner's detention violates the Due Process Clause of the Fifth

    Amendment.

5. Issue a Writ of Habeas Corpus ordering Respondents to release Petitioner immediately.

6. Grant any further relief this Court deems just and proper.

Respectfully submitted this 23rd day of September 2025

                                                    /s/ Christina Corbaci  
                                                  Christina Corbaci (BBO # 673764)  
                                                  Corbaci Law, P.C.  
                                                  10 Tower Office Park, Suite 620  
                                                  Woburn, MA 01801  
                                                  (781) 322-8000

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the Petition for Writ of Habeas Corpus was filed electronically and is available for viewing and downloading from the ECF system.

Respectfully Submitted,

/s/ Christina Corbaci
CHRISTINA CORBACI
MA. Bar No. 673764
Corbaci Law, P.C.
10 Tower Office Park, Suite 620
Woburn, MA 01801
Ofc.: (781) 322-8000
Fax.: (617) 902-2691
c.corbaci@corbacilaw.com

*Attorney for Plaintiff*