UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDERSON GOMES ALEIXO,<br>        Petitioner | Civil Action No. 1:25-cv-12711 |
| PATRICIA HYDE, Acting Director of Boston Field Office, U.S. Immigration and Customs Enforcement; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement, KRISTI NOEM, Secretary of the U.S. Department of Homeland Security<br><br>        Respondents. | |

**PETITIONER'S STATUS REPORT**

Petitioner hereby provides an update to the Court regarding Petitioner's custody status. Briefing on this matter had been completed on October 31, 2025. Petitioner remained in custody at that time. Petitioner filed a motion for a status conference on December 17, 2025 which has not been ruled on. Petitioner went forward with requesting a bond hearing with the Immigration Court based on a recent ruling under the Class Action suit *Guerrero Orellana v. Moniz*, No. 25-12664, 2025 WL 3687757 (D. Mass. Dec. 19, 2025). Petitioner is a class member.

On December 22, 2025 the Immigration Court conducted the bond hearing, assumed jurisdiction over the matter, and granted Petitioner's request for release on bond. Petitioner was released from ICE custody on December 23, 2025. As such, the issues in Petitioner's case would be considered moot as he is no longer under the custody of Respondents.

                                        Respectfully submitted,

1

/s/ Christina Corbaci
CHRISTINA CORBACI
MA. Bar No. 673764
Corbaci Law, P.C.
10 Tower Office Park, Suite 620
Woburn, MA 01801
Ofc.: (781) 322-8000
Fax.: (617) 902-2691
c.corbaci@corbacilaw.com

*Attorney for Petitioner*

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the Petitioner's Status Report was filed electronically and is available for viewing and downloading from the ECF system.

Respectfully Submitted,

/s/ Christina Corbaci
CHRISTINA CORBACI
MA. Bar No. 673764
Corbaci Law, P.C.
10 Tower Office Park, Suite 620
Woburn, MA 01801
Ofc.: (781) 322-8000
Fax.: (617) 902-2691
c.corbaci@corbacilaw.com

*Attorney for Petitioner*